ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOUIS EDWARD SPEARMAN, ID # 708729, Petitioner, vs. CHARLES R. FULBRUGE, III, Respondent. | No. 3:07-CV-1945-B (BH) ECF Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the Court formally dismisses this action. Petitioner may not re-file his petition for writ of mandamus without first obtaining judicial pre-approval for its filing by filing a proper motion for leave to file and showing that he has paid the previously imposed monetary sanctions – $100.00 to the Fifth Circuit Court of Appeals and $100.00 to this Court. **In the event that the Court receives any proposed filing from petitioner which violates the prior sanction orders discussed in the Findings, Conclusions, and Recommendation, and which is unaccompanied by the requisite motion for leave or proof of payment, the Court hereby DIRECTS the Clerk of the Court to docket the proposed filing for administrative purposes only and immediately close the case after placing a copy of this order in the case file. The Court will not other-**

wise address or acknowledge submissions that are unaccompanied by a motion for leave or that do not show proof that the monetary sanctions have been paid.

SIGNED this 27th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE